## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

M.D. Appeal Dkt.
26 MAP 2018

| | | |
|---|---|---|
| SAFE AUTO INSURANCE COMPANY | : | No. 791 MAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| RENE ORIENTAL-GUILLERMO, RACHEL | : | |
| DIXON, PRISCILA JIMENEZ, LUIS | : | |
| JIMENEZ, ALLI LICONA AVILA AND IRIS | : | |
| VELAZQUEZ | : | |
| | : | |
| | : | |
| PETITION OF: PRISCILA JIMENEZ & | : | |
| LUIS JIMENEZ | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of June, 2018, the Petition for Allowance of Appeal is

**GRANTED**. The issues, as stated by Petitioners, are:

a. Did the Superior Court err as a matter of law in finding that the unlisted resident driver exclusion in a Personal Auto Policy is valid and enforceable and not violative of the terms and provisions of the Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa.C.S.A. § 1701, *et. seq.*?

b. Did the Superior Court err as a matter of law in finding that the unlisted resident driver exclusion in a Personal Auto Policy is valid and enforceable and not violative of the public policy of the Commonwealth of Pennsylvania as embodied in § 1786 of the Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa.C.S.A. § 1786, which implicitly directs that all permissive users of an insured vehicle be insured under the owner's insurance policy?